IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANNY ATTILIO LUCIANO,<br><br>Defendant. | CR 24-26-M-DWM<br><br>ORDER |

Upon Petition of Jennifer S. Clark, Assistant United States Attorney for the District of Montana, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Clerk of this Court issue a Writ of Habeas Corpus (For Prosecution) directing the Director of Montana Department of Corrections/Missoula Assessment and Sanctions Center, the Commander of the Missoula County Detention Center, and the United States Marshal for the District of Montana, to produce Danny Attilio Luciano, before the Court at the Magistrate Judge's Courtroom in Missoula, Montana, at 1:30 p.m. on May 13, 2024, and Danny Attilio Luciano is to stay in federal custody until Judgment in this cause is

//

1

issued.  Danny Attilio Luciano shall then be returned to the custody of the Montana Department of Corrections.

DATED this 6th day of May, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge