IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISOSULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24-26-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| DANNY ATTILIO LUCIANO, | |
| Defendant. | |

The United States moves to hold the Defendant's motion to dismiss (Doc. 17) in abeyance pending potential *en banc* review of *United States v. Duarte*, ___F.4th___, 2024 WL 2068016 (9th Cir. May 9, 2024). (Doc. 19.) The Defendant opposes the motion but has yet to respond.

IT IS ORDERED that the United States' motion to hold the Defendant's motion to dismiss in abeyance (Doc. 19) is DENIED.

DATED this 10th day of June, 2024.

_____
Donald W. Molloy, District Judge
United States District Court

1